```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DAVID L. GAPPA
    Assistant U.S. Attorney
 3  4401 Federal Courthouse
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5

 6

 7          IN THE UNITED STATES DISTRICT COURT FOR THE

 8                  EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,    ) CASE NO. 1:06-MJ-00108
                                 )
11          Plaintiff,           ) MOTION AND ORDER FOR
                                 ) DISMISSAL OF COMPLAINT AND
12       v.                      ) WARRANT RECALLED
                                 )
13  HEIDI HERNANDEZ, and         )
    RICARDO HERNANDEZ, aka       )
14  Gregory Hernandez, aka       )
    Greg Hernandez, aka          )
15  Jeff Hernandez,              )
                                 )
16          Defendants.          )
                                 )
17

18

19      The United States Attorney's Office, pursuant to Rule 48(a)

20  of the Federal Rules of Criminal Procedure, hereby moves to

21  dismiss the complaint and recall the arrest warrant, against HEIDI

22  HERNANDEZ, and RICARDO HERNANDEZ, in the interest of justice.

23
    DATED: February 21, 2012            Respectfully submitted,
24
                                        BENJAMIN B. WAGNER
25                                      United States Attorney

26
                                        By  /s/ David L. Gappa
27                                      DAVID L. GAPPA
                                        Assistant U.S. Attorney
28

                                 1
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>HEIDI HERNANDEZ, and<br>RICARDO HERNANDEZ, aka<br>Gregory Hernandez, aka<br>Greg Hernandez, aka<br>Jeff Hernandez,<br><br>        Defendants. | CASE NO. 1:06-MJ-00108<br><br>ORDER FOR DISMISSAL<br>OF COMPLAINT AND WARRANT RECALLED |

IT IS HEREBY ORDERED, that the complaint against HEIDI HERNANDEZ, and RICARDO HERNANDEZ, be dismissed and the arrest warrant be recalled in the interest of justice.

IT IS SO ORDERED.

Dated: **February 21, 2012**          **/s/ Barbara A. McAuliffe**
                                                           UNITED STATES MAGISTRATE JUDGE